RECEIVED
MAY 19 2014
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

BRUCE A. LUNDEEN

Plaintiff,

v.

U. S. DEPARTMENT OF JUSTICE, and

CITY OF MINNEAPOLIS

Defendants

Civ 14-1168 (PJS/JJK)

ANSWER TO

REPORT AND RECOMMENDATION

1. The purpose of this motion is to offer an explanation of why I no longer wish to proceed pursuing some sort of justice. The reason I dropped this matter is that I just do not want to obsess over my experiences with the U. S. Marshal Service, the Secret Service, CMC & Maintenance, and the City of Minneapolis . I just want to move on a do productive things. But I want you to know: I have a great deal of internal conflict that has not yet been resolved.
2. I am being done a grave injustice and probably should continue in this suit. The U. S. Marshal Service and the Secret Service have abused their authority and should be corrected. It all started with a confrontation with a then-young Minneapolis Police Officer twenty-two years ago. I had hoped discussion of my complaint in Court would bring attention to it and cause it to cease.
3. While CMC & Maintenance corporate management in Maine was probably not involved, locally there have been some very sick behaviors.

SCANNED
MAY 19 2014
U.S. DISTRICT COURT ST. PAUL

4. The union which was to represent me did not, and in fact IUOE Local 70 prevented me from filing a timely grievance.

5. Judge Keyes, I was **fired** from employment with CMC & Maintenance, GSA contractor, and escorted from the building, for speaking up about my work being sabotaged. I am not welcome in that building.

6. It appears the U. S. Marshal Service has taken steps by the apparent dismissal of Chief Deputy Chris Kawaters. I do not know if the Secret Service has also taken measures because of me. I should not impose difficulty upon others who were not involved.

7. It may be that they read these words before I send them to you. As far as a threat to privacy, and probably freedom as we Americans like to tell each other we have, a data center in Utah is nothing –you need not look any further than computer room in the seventh floor Secret Services space. The Marshal Service probably has its own computer center too.

8. While I am still willing to work in the trade I was at one time so proud to be skilled in, the money I earn or have to borrow will be first spent on surviving in a very expensive society, paying my taxes, and then sometimes giving to selected nonprofits, charities or my church. I do not want to give money to your Court hoping for something we take for granted in America.

9. I may be back in your courtroom with matters originating from this dispute. Minneapolis Regulatory Services has in the past been influenced by the Minneapolis Police or Marshal Service. If the conspiracy continues I guess the Federal Court would be the place to resolve licensing matters. The tools they might use to disable my ability to provide for myself are the same as those they might use against others.

10. In the footnote to the "ORDER", you write very critically of my complaint. Seeing so, and not having the time to give you what you want, I have chosen just to walk away and hope I will be permitted to better use my time exercising my skills.

11. I agree, I may not understand the fundamental nature of the American judicial system. However, I confidently make the claim that there are individuals employed by federal agencies padding around the Minneapolis Federal Court House who do understand the judicial system, and how to work around it, play with it, abuse and misuse it. It may be that for me to continue would be to encourage them to patronize the Court in a most disrespectful manner.

12. As far as speaking to a lawyer, I once did that: I was excused from the Courtroom, the Hennepin County Judge, the lawyer, and other unknown parties made a deal which I never was explained, understood and subsequently refused to accept - when I was permitted back into the courtroom. If I approach an attorney they reach out to them. I can see when the attorneys' attitude changes. Now if you want, you can tell me why I should talk to a lawyer, but my experience is that it is wise to be careful with them.

13. Going forward I can only hope the agencies that have had so much entertainment at my expense are finished. If they are not, I may be back.

14. One despicable individual with who I worked in the Minneapolis Federal Courthouse advised me how to obtain an unregistered weapon. Think about that for a minute, Judge. At that time I had keys and access cards for entering and moving around the building, and a player tells me to obtain an unregistered gun. What do you think they are scheming up? Reason to murder me?

15. Since I went to the VA for help with depression twenty years ago my mental health has been a matter of discussion. I came away from the VA with a prescription for psychosis. Not just any medication either; I was prescribed Haldol, a chemical used for the most dangerous psychotics. A government employee malevolently influenced my therapist, and that is a fact.

16. I just wish I could get over this in my own mind, and that they leave me alone. However, I don't think they will leave me alone. Their objective is my humiliation, my frustration, and my ruin. As a matter of fact, as I try to live respectfully, honestly, and decently I see their fingers in my

life right now. How else can I ask a Deputy Marshal to leave me alone? It looks like the email addresses of both Sharon Lubinski and Chris Kawaters have been removed from my computer.

17. This otherwise beautiful weekend was lost forever obsessing over this filth. In fact, not a day, hardly an hour, goes by yet that I do not think about the terrible losses caused these beligerants.

Bruce A. Lundeen

Dated: 5/18/2014_