UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BRUCE A. LUNDEEN, | Case No. 14-CV-1168 (PJS/JJK) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| U.S. DEPARTMENT OF JUSTICE; CITY OF MINNEAPOLIS; U.S. MARSHAL SERVICE; and U.S. SECRET SERVICE, | |
| Defendants. | |

Bruce A. Lundeen, pro se.

In a Report and Recommendation ("R&R") dated May 15, 2014, Magistrate Judge Jeffrey J. Keyes recommends that this case be dismissed without prejudice on account of plaintiff Bruce A. Lundeen's failure to pay the required filing fee. Lundeen has since informed the Court that he "no longer wish[es] to proceed" in this case. *See* ECF No. 6 at 1. Accordingly, the Court adopts Judge Keyes's recommendation that this case be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b).

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, the Court ADOPTS the May 15, 2014 R&R [ECF No. 5]. Accordingly, IT IS HEREBY ORDERED THAT:

1. The complaint [ECF No. 1] is DISMISSED WITHOUT PREJUDICE.

2. Plaintiff Bruce A. Lundeen's motion to provide summons [ECF No. 4] is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May  20 , 2014                                   s/Patrick J. Schiltz
                                                        Patrick J. Schiltz
                                                        United States District Judge